1   Alison M. Crane, No. 197359
    Stefani M. Salt. No. 280403
2   **BLEDSOE, CATHCART, DIESTEL, PEDERSEN &**
    **TREPPA, LLP**
3   601 California Street, 16th Floor
    San Francisco, California 94108-2805
4   Telephone:  (415) 981-5411
    Facsimile:  (415) 981-0352
5
6   Attorneys for Defendant EARTHQUAKE ENTERPRISES,
    INC., dba HETHERINGTON PLUMBING, a California
    corporation
7

8         **THE UNITED STATES DISTRICT COURT**

9      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10            **OAKLAND DIVISION**

11   AFFILIATED FM INSURANCE      Case No. C11-04925 DMR
    COMPANY, a Rhode Island corporation,
12                       **STIPULATION AND** ▮▮▮▮▮▮
                      **ORDER FOR CONTINUANCE OF THE**
13                       **CASE MANAGEMENT CONFERENCE**
            Plaintiff,           **UNTIL COMPLETION OF**
14                       **MEDIATION**
    v.
15                       Complaint Filed:  October 5, 2011
    EARTHQUAKE ENTERPRISES, INC.,   Trial Date:  None Set
16     dba HETHERINGTON PLUMBING, a
    California corporation, and DOES 1-20,   [Hon. Donna M. Ryu]
17     inclusive,
18             Defendants.
19

20

21         Plaintiff AFFILIATED FM INSURANCE COMPANY ("Plaintiff") and Defendant

22   EARTHQUAKE ENTERPRISES, INC., dba HETHERINGTON PLUMBING

23   ("Defendant"), by and through their respective counsel, hereby submit this Stipulated

24   Proposed Order for continuance of the Case Management Conference, currently set for

25   May 30, 2012 at 1:30 p.m., until after completion of mediation through the Court's ADR

26   program.

27   ///

28

1

2    1.  The next Case Management Conference is currently set for May 30, 2012, at 1:30

3    p.m.

4    2.  On, March 14, 2012, the Court granted the parties' request to extend the time to

5    complete mediation by 45 days to June 8, 2012 in order to allow the parties engage in

6    discovery and review evidence obtained during discovery well in advance of the

7    mediation.

8    3.  The parties agree that the next Case Management Conference should be set for

9    some date after the deadline to complete mediation has passed, so that the parties may

10   inform the Court at that Conference whether a trial date must be set.

11   4.  The parties respectfully request the Court to continue the May 30, 2012, Case

12   Management Conference until after June 8, 2012 to allow to parties time to complete

13   mediation and determine whether a trial is necessary.  All other deadlines remain the

14   same.

15

16   DATED:  May ⊬ 2012                    **BLEDSOE, CATHCART, DIESTEL,**
                                           **PEDERSEN & TREPPA, LLP**
17

18                                         By:  _____
                                                Alison M. Crane
19                                              Stefani M. Salt
                                                Attorneys for Defendant EARTHQUAKE
20                                              ENTERPRISES, INC., dba
                                                HETHERINGTON GENERAL &
21                                              PLUMBING CONTRACTOR, a
                                                California corporation
22

23

24   DATED:  May 14, 2012                  **FORAN GLENNON PALANDECH**
                                           **PONZI & RUDLOFF PC**
25
                                           By:  _____
26                                              G. Edward Rudloff, Jr.
                                                Edward P. Murphy
27                                              Attorneys for Plaintiff AFFILIATED FM
                                                INSURANCE COMPANY
28

                                          -2-

1   Based on the foregoing and good cause appearing therefore, the stipulation of the

    June 13, 2012, at 1:30 p.m.
2   Parties to continue the Case Management Conference until ████████████████████

3   through the Court's ADR program is accepted and made the order of this Court.

4   The parties shall submit a joint case management statement no later

5   IT IS SO ORDERED.          than June June 6, 2012.

         May 15, 2012
6   Dated: _____

7

8                              _____
                               Hon. Donna M. Ryu
9                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [████████] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE UNTIL
COMPLETION OF MEDIATION

IT IS SO ORDERED
AS MODIFIED

Judge Donna M. Ryu