1 Alison M. Crane, No. 197359
Stefani M. Salt. No. 280403
2 **BLEDSOE, CATHCART, DIESTEL, PEDERSEN &**
**TREPPA, LLP**
3 601 California Street, 16th Floor
San Francisco, California 94108-2805
4 Telephone: (415) 981-5411
Facsimile: (415) 981-0352
5
Attorneys for Defendant EARTHQUAKE ENTERPRISES,
6 INC., dba HETHERINGTON PLUMBING, a California
corporation
7

8 **THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11 AFFILIATED FM INSURANCE                    Case No. C11-04925 DMR
COMPANY, a Rhode Island corporation,
12                                            **STIPULATION AND** ▮▮▮▮▮▮▮
**ORDER FOR CONTINUANCE OF THE**
13                                            **CASE MANAGEMENT CONFERENCE**
Plaintiff,                    **UNTIL COMPLETION OF**
14                                            **MEDIATION**
v.
15                                            Complaint Filed: October 5, 2011
EARTHQUAKE ENTERPRISES, INC.,               Trial Date: None Set
16 dba HETHERINGTON PLUMBING, a
California corporation, and DOES 1-20,       [Hon. Donna M. Ryu]
17 inclusive,

18              Defendants.

19

20

21        Plaintiff AFFILIATED FM INSURANCE COMPANY ("Plaintiff") and Defendant

22 EARTHQUAKE ENTERPRISES, INC., dba HETHERINGTON PLUMBING

23 ("Defendant"), by and through their respective counsel, hereby submit this Stipulated

24 Proposed Order for continuance of the Case Management Conference, currently set for

25 May 30, 2012 at 1:30 p.m., until after completion of mediation through the Court's ADR

26 program.

27 ///

28

1. The next Case Management Conference is currently set for May 30, 2012, at 1:30 p.m.

2. On, March 14, 2012, the Court granted the parties' request to extend the time to complete mediation by 45 days to June 8, 2012 in order to allow the parties engage in discovery and review evidence obtained during discovery well in advance of the mediation.

3. The parties agree that the next Case Management Conference should be set for some date after the deadline to complete mediation has passed, so that the parties may inform the Court at that Conference whether a trial date must be set.

4. The parties respectfully request the Court to continue the May 30, 2012, Case Management Conference until after June 8, 2012 to allow to parties time to complete mediation and determine whether a trial is necessary. All other deadlines remain the same.


DATED: May 14, 2012                 **BLEDSOE, CATHCART, DIESTEL,
                                    PEDERSEN & TREPPA, LLP**

                                    By: _____
                                         Alison M. Crane
                                         Stefani M. Salt
                                         Attorneys for Defendant EARTHQUAKE
                                         ENTERPRISES, INC., dba
                                         HETHERINGTON GENERAL &
                                         PLUMBING CONTRACTOR, a
                                         California corporation


DATED: May 14, 2012                 **FORAN GLENNON PALANDECH
                                    PONZI & RUDLOFF PC**

                                    By: _____
                                         G. Edward Rudloff, Jr.
                                         Edward P. Murphy
                                         Attorneys for Plaintiff AFFILIATED FM
                                         INSURANCE COMPANY

-2-

STIPULATION AND [          ] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE UNTIL
COMPLETION OF MEDIATION

1    Based on the foregoing and good cause appearing therefore, the stipulation of the

June 13, 2012, at 1:30 p.m.

2    Parties to continue the Case Management Conference until ████████████████████

3    through the Court's ADR program is accepted and made the order of this Court.

4    The parties shall submit a joint case management statement no later

5    IT IS SO ORDERED.          than June June 6, 2012.

6    Dated: _____   May 15, 2012

7

8                              _____

9                              Hon. Donna M. Ryu
                               United States Magistrate Judge

10

IT IS SO ORDERED
AS MODIFIED

Judge Donna M. Ryu

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [████████] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE UNTIL
COMPLETION OF MEDIATION