UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFFILIATED FM INSURANCE COMPANY,

    Plaintiff(s),

v.

EARTHQUAKE ENTERPRISES,

    Defendant(s).

No. C 11-04925 DMR

**ORDER RE THIRD PARTY PARTICIPATION IN UPCOMING SETTLEMENT CONFERENCE**

By no later than Wednesday, September 26, 2012, each party shall e-file a short letter indicating whether the party objects to the attendance of counsel for Maurice Lombardo and Patti Shavelson at the October 2, 2012 settlement conference before the Hon. Laurel Beeler. If neither party objects, the third parties may appear at the settlement conference. However, third party participation in the proceedings shall remain in the discretion of Judge Beeler.

IT IS SO ORDERED.

Dated: September 25, 2012



DONNA M. RYU
United States Magistrate Judge