UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, | No. C 11-04925 LB |
| Plaintiff, | **ORDER REGARDING CERTAIN NON-PARTIES' PARTICIPATION IN THE OCTOBER 2, 2012 SETTLEMENT CONFERENCE** |
| v. | |
| EARTHQUAKE ENTERPRISES, INC. | [Re: ECF Nos. 30, 32, 34, 35] |
| Defendant. | |

_____/

The court has a settlement conference set for October 2, 2012, and third parties have asked to attend.  Notice of Settlement Conference, ECF No. 30.  Judge Ryu's order permitted that attendance if no one objected, and Earthquake Enterprises objected.  9/25/2012 Order, ECF No. 34; Defendant's Objection, ECF No. 35.  Under the circumstances, the court limits the settlement conference to the parties but is happy to have a scheduling call with all counsel—if all counsel agree to do so— to talk out the objections or concerns.  The court also can talk with the parties at the settlement conference and arrange any further conference that may be useful.

**IT IS SO ORDERED.**

Dated: September 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04925 LB
ORDER