UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EARTHQUAKE ENTERPRISES, INC.<br><br>Defendant.<br>_____/ | No. C 11-04925 LB<br><br>**ORDER REGARDING OCTOBER 2, 2012 SETTLEMENT CONFERENCE** |

The court thanks the parties for their settlement conference statements for the settlement conference scheduled for Tuesday, October 2, 2012, at 9:30 p.m. The statements do not comply with the court's required procedures about making a demand (and responding to it) before the settlement conference. *See* 6/1812 Order, ECF No. 30 at 4 (demand and response before conference). Plaintiff must make a demand to Defendant as soon as possible and at least by 1 p.m. on Monday, October 1, 2012. If that demand is the amount on page 8 of the settlement statement, Plaintiff need say only that. Defendant must respond to that demand as soon as possible and at least by 6 p.m. on Monday, October 1, 2012. The parties must email the court with their positions (to lbpo@cand.uscourts.gov) at the same time they communicate with each other.

The other issue is that the parties have a joint discovery letter pending with Judge Ryu about testing of glue from the failed and original pipes. *See* 9/24/12 Joint Letter, ECF No. 33. Given the nature of the dispute, it may be that it is relevant to the parties' settlement analysis. If this is true,

1   then a settlement conference is not necessarily productive. The parties are directed to meet and
2   confer by telephone by noon on Monday, October 1, 2012, about the timing of the settlement
3   conference. If they need to resolve the discovery dispute and testing issue first, then the court can
4   accommodate a rescheduled settlement conference within the time period set by Judge Ryu. The
5   parties must notify the court by email to the court's orders box about their positions and must follow
6   up with a call to courtroom deputy Lashanda Scott at 415-522-3140. The court would prefer not to
7   have a settlement conference that is not productive for both parties.

8   If the parties delay the settlement conference, they may postpone the demand/response process
9   until after the discovery dispute is resolved and any testing is done. But the court requires a demand
10  and a response, and the parties should provide it to the court at least two business days before any
11  rescheduled settlement conference. Also, if the parties reschedule the settlement conference for any
12  testing, they should submit updated settlement conference statements with only new information
13  (and not any repeating of previously-submitted information) by email at least two business days
14  before the rescheduled conference.

15  **IT IS SO ORDERED.**

16  Dated: September 29, 2012

    _____
    LAUREL BEELER
    United States Magistrate Judge

C 11-04925 LB
ORDER
2