UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EARTHQUAKE ENTERPRISES, INC.<br><br>Defendant.<br>_____/ | No. C 11-04925 DMR (LB)<br><br>**ORDER VACATING OCTOBER 2, 2012 SETTLEMENT CONFERENCE** |

Given the pending discovery letter regarding testing of the glue from the failed and original pipes, and based on the input from the parties, the court vacates the settlement conference scheduled for Tuesday, October 2, 2012, at 9:30 p.m. As soon as their discovery dispute is resolved, the parties should determine the time period necessary for any inspection and testing and contact courtroom deputy Lashanda Scott at 415-522-3140 to schedule a settlement conference. The court will make every effort to accommodate the parties during the time frame established by Judge Ryu for a settlement conference.

The parties should submit any new information (and should not repeat any previously-submitted information) in updated settlement conference statements (either confidential or exchanged) by email to the court's orders box at lbpo@cand.uscourts.gov as soon as possible after any testing but in any event, no later than two business days before the settlement conference. The court reminds the parties that their submissions must contain Plaintiff's demand and Defendant's response to it (as

C 11-04925 DMR (LB)
ORDER

1 described in the court's prior orders).

2 **IT IS SO ORDERED.**

3 Dated: October 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 11-04925 DMR (LB)
ORDER

2