UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, | No. C 11-04925 DMR |
| Plaintiff(s), | **ORDER** |
| v. | |
| EARTHQUAKE ENTERPRISES, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery disputes. [Docket No. 33.] **Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief"**. The parties are ORDERED to re-file Docket No. 33 as a Joint Discovery Letter to conform with this order.

IT IS SO ORDERED.

Dated: October 1, 2012

DONNA M. RYU
United States Magistrate Judge