**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFFILIATED FM INSURANCE
COMPANY,

          Plaintiff(s),

   v.

EARTHQUAKE ENTERPRISES,

          Defendant(s).

_____/

No. C 11-04925 DMR

**ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery disputes.  [Docket No. 33.]  **Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief".**  The parties are ORDERED to re-file Docket No. 33 as a Joint Discovery Letter to conform with this order.


    IT IS SO ORDERED.


Dated:  October 1, 2012

                              _____
                              DONNA M. RYU
                              United States Magistrate Judge